

**UNITED STATES DISTRICT COURT**
DISTRICT OF SOUTH CAROLINA

OFFICE OF THE CLERK
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA 29201-2431
(803) 765-5816  FAX (803) 765-5960
www.scd.uscourts.gov

ROBIN L. BLUME
CLERK OF COURT

DIVISIONAL OFFICES

P. O. BOX 835
CHARLESTON, SC 29402
(843) 579-1401 FAX 579-1402

300 E. WASHINGTON STREET
ROOM 239
GREENVILLE, SC 29601
(864) 241-2700 FAX 241-2711

P. O. BOX 2317
FLORENCE, SC 29503
(843) 676-3820 FAX 676-3831

July 12, 2024

Massachusetts District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210-3002

Re: USA v. Tyreik Reid
    Your Case No. 24-cr-10176 AK-MPK and District of South Carolina Case No. 3:24-cr-518

Dear Clerk of Court:

Enclosed please find the Rule 5c3 paperwork on the above referenced case.

If you have any questions or if I can be of any further assistance, please let me know.

Sincerely,

ROBIN L. BLUME, CLERK OF COURT

s/Theresa Tillman, Deputy Clerk
  (803) 765-5421

Enclosures

CLOSED

# U.S. District Court
# District of South Carolina (Columbia)
# CRIMINAL DOCKET FOR CASE #: 3:24-cr-00518-SVH-1
# Internal Use Only

Case title: USA v. Reid

Date Filed: 07/03/2024

Other court case number: 24-cr-10176 AK-MPK District of Massachusetts - Boston Division

Date Terminated: 07/10/2024

Assigned to: Magistrate Judge Shiva V Hodges

## Defendant (1)

**Tyreik Reid**
*TERMINATED: 07/10/2024*
*also known as*
Reiko
*TERMINATED: 07/10/2024*

represented by **Katherine E Evatt**
Federal Public Defender's Office
1901 Assembly Street
Suite 200
Columbia, SC 29201
803-765-5070
Fax: 803-765-5084
Email: kathy_evatt@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

## Pending Counts

None

## Disposition

## Highest Offense Level (Opening)

None

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

18:1594 Conspiracy to commit Sex Trafficking

## Disposition

### Plaintiff

**USA**  represented by **Elle Elizabeth Klein**
US Attorneys Office (Cola)
1441 Main Street
Suite 500
Columbia, SC 29201
803-929-3000
Fax: 803-254-2912
Email: Elle.Klein@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2024 | 1 | Arrest (Rule 40 - District of Massachusetts) of Tyreik Reid (ttil, ) (Entered: 07/03/2024) |
| 07/03/2024 | 2 | Rule 5 Documents Received as to Tyreik Reid (Attachments: # 1 Arrest Warrant)(ttil, ) (Entered: 07/03/2024) |
| 07/03/2024 | 3 | **Minute Entry for proceedings held before Magistrate Judge Shiva V Hodges: Initial Appearance in Rule 5(c)(3) Proceedings as to Tyreik Reid held on 7/3/2024; financial affidavit taken, AFPD Kathy Evatt appointed for Tyreik Reid; defendant waives reading of the indictment; USA moves for detention, detention hearing scheduled for 7/10/2024 at 10:00 a.m. before Magistrate Judge Shiva V. Hodges; Rule 5(f) admonition provided; defendant continued in custody. Court Reporter: Courtsmart. (ttil, ) (Entered: 07/03/2024)** |
| 07/03/2024 | 4 | CJA 23 Financial Affidavit (Restricted Access) by Tyreik Reid (ttil, ) (Entered: 07/03/2024) |

| 07/03/2024 | 5 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER Kathy Evatt for Tyreik Reid. Signed by Magistrate Judge Shiva V Hodges on 7/3/2024.(ttil, )** (Entered: 07/03/2024) |
|---|---|---|
| 07/03/2024 | 6 | ORAL MOTION for Detention by USA as to Tyreik Reid. (ttil, ) (Entered: 07/03/2024) |
| 07/03/2024 | 7 | **ORDER SCHEDULING A DETENTION HEARING as to Tyreik Reid: Detention Hearing set for 7/10/2024 at 10:00 a.m. in Columbia # 8, Matthew J. Perry Court House, 901 Richland St, Columbia before Magistrate Judge Shiva V Hodges. Signed by Magistrate Judge Shiva V Hodges on 7/3/2024.(ttil, )** (Entered: 07/03/2024) |
| 07/03/2024 | 8 | **FRCrP 5(f) DISCLOSURE ORDER as to Tyreik Reid. Signed by Magistrate Judge Shiva V Hodges on 7/3/2024.(ttil, )** (Entered: 07/03/2024) |
| 07/09/2024 | 9 | WAIVER of Rule 5 Hearing/Detention Hearing by Tyreik Reid (Evatt, Katherine) (Entered: 07/09/2024) |
| 07/09/2024 | 10 | NOTICE OF CANCELLATION OF HEARING: Detention hearing scheduled 7/10/2024 at 10:00 a.m. before Magistrate Judge Shiva V. Hodges as to Tyreik Reid has been cancelled per 9 Waiver (ttil, ) (Entered: 07/09/2024) |
| 07/10/2024 | 11 | **COMMITMENT TO ANOTHER DISTRICT as to Tyreik Reid. Defendant committed to the custody of the USM for transport to the District of Massachusetts - Boston Division. Signed by Magistrate Judge Shiva V Hodges on 7/10/2024.(ttil, )** (Entered: 07/10/2024) |
| 07/10/2024 | 12 | (Court only) ***Case Terminated as to Tyreik Reid. Documents sent via e-mail to the District of Massachusetts - Boston Division. (ttil, ) (Entered: 07/10/2024) |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

United States of America

vs.

Tyreik Reid a/k/a "Reiko"                    C/R 3:24-518

-

    Pursuant to the Criminal Justice Act, Title 18, United States Code, Section 3006A, and the Plan of this District approved thereunder by the Judicial Council of the Fourth Circuit,

    IT IS ORDERED that the Federal Public Defender is appointed to represent the above-named individual.

Shiva V. Hodges
United States Magistrate Judge

Columbia, South Carolina
Date: July 3, 2024

AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of SOUTH CAROLINA

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | C/R 3:24-518 |
| | ) | | |
| | ) | | |
| Tyreik Reid | ) | | |
| *Defendant* | | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | US District Court<br>901 Richland St<br>Columbia, SC | Courtroom No.: | Courtroom #8 |
|---|---|---|---|
| | Before: Magistrate Judge Shiva V. Hodges | Date and Time: | 7/10 @ 10 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   July 3, 2024

*Judge's signature*

Shiva V. Hodges, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | C/R 3:24-518 |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON |
| Tyreik Reid, | ) | PROSECUTORIAL OBLIGATION |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Crim. P. 5(f) and the Due Process Protections Act, Public Law No. 116-182, 134 Stat. 894 (2020), the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so.[1] Counsel is reminded of the possible consequences of violating the *Brady* rule and/or this Order, as set forth in applicable law, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and/or sanctions by the Court. The Clerk of Court is directed to provide a copy of this Order to the prosecution and defense counsel.

IT IS SO ORDERED.

July 3, 2024
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

---

[1] *See generally Long v. Hooks*, 972 F.3d 442, 456 (4th Cir. 2020) (en banc) ("*Brady v. Maryland* instructs that 'the suppression by the prosecution of evidence favorable to an accused' violates due process where the evidence is 'material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution.'" (quoting *Brady*, 373 U.S. at 87)).

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

District of SOUTH CAROLINA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  D/SC 3:24- 518 |
| ) | |
| Tyreik Reid a/k/a "Reiko" ) | Charging District's |
| *Defendant* ) | Case No.  24-cr-10176 AK-MPK |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of   Massachusetts   ,

*(if applicable)*   Boston   division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.

x is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   July 10, 2024

*Judge's signature*

Shiva V. Hodges, U.S. Magistrate Judge
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts ▼

United States of America
v.
TYREIK REID, a.k.a. " Reiko."

)
)  Case No.   24-cr-10176 AK-MPK
)
)
)
)

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  TYREIK REID, a.k.a. " Reiko."

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1594 Conspiracy to Commit Sex Trafficking
18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1) and 2 Sex Trafficking by Force, Fraud, or Coercion; Aiding and Abetting

Date: June 18, 2024

City and state:  Boston, MA

*Issuing officer's signature*

DAVID H. Hennessy US Mag Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____   *Arresting officer's signature* _____   *Printed name and title* _____ |

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) CHRISTY PARKER, a.k.a. "Lula,"<br>(2) ALEXANDER SMALLS, a.k.a. "Fooley,"<br>(3) CORY PRIMO, a.k.a. "Mamma C,"<br>(5) AVVANI JEFFERS,<br>(5) TRE'SEAN REID, a.k.a. "Traq," and<br>(6) TYREIK REID, a.k.a. "Reiko."<br><br>Defendants. | Criminal No. 24-cr-10176<br><br>Violations:<br><br>Count One:<br>Conspiracy to Commit Sex Trafficking<br>(18 U.S.C. § 1594)<br><br>Count Two:<br>Sex Trafficking by Force, Fraud, or Coercion; Aiding and Abetting<br>(18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1) and 2)<br><br>Count Three:<br>Sex Trafficking by Force, Fraud, or Coercion; and Sex Trafficking of a Minor; Aiding and Abetting<br>(18 U.S.C. §§ 1591 (a)(1), (a)(2), (b)(1), (b)(2), (c) and 2)<br><br>Count Four:<br>Sex Trafficking of a Minor; Aiding and Abetting<br>(18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(2), and (c))<br><br>Sex Trafficking Forfeiture Allegation:<br>(18 U.S.C. § 1594(d)) |

1

## INDICTMENT

## COUNT ONE
Conspiracy to Commit Sex Trafficking
(18 U.S.C. § 1594)

The Grand Jury charges:

From on or about January 1, 2023, through on or about August 29, 2023, in the District of Massachusetts, Bristol County, Massachusetts, and elsewhere, in and affecting interstate and foreign commerce, defendants (1) CHRISTY PARKER, a.k.a. "Lula," (2) ALEXANDER SMALLS, a.k.a. "Fooley," (3) CORY PRIMO, a.k.a. "Mamma C," (4) AVVANI JEFFERS, (5) TRE'SEAN REID, a.k.a. "Traq," and (6) TYREIK REID, a.k.a. "Reiko," did knowingly and intentionally conspire and agree with each other and others, known and unknown to the Grand Jury, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means one or more persons, and to benefit, financially and by receiving anything of value, from participation in a venture that engaged in such acts (1) knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause such person or persons to engage in an a commercial sex act, and (2) having had a reasonable opportunity to observe such person or persons, and knowing and in reckless disregard of the fact that such person or persons had not attained the age of 18 years, and knowing that such person or persons would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1594(c).

2

## COUNT TWO
### Sex Trafficking by Force, Fraud, or Coercion; Aiding and Abetting
(18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1), and 2)

The Grand Jury further charges:

From on or about January 1, 2023, through on or about August 29, 2023, in the District of Massachusetts, Bristol County, Massachusetts, and elsewhere, in and affecting interstate and foreign commerce, defendants (1) CHRISTY PARKER, a.k.a. "Lula," (2) ALEXANDER SMALLS, a.k.a. "Fooley," (5) TRE'SEAN REID, a.k.a. "Traq," and (6) TYREIK REID, a.k.a. "Reiko," did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, VICTIM 1, an adult female whose identity is known to the Grand Jury, and did benefit, financially and by receiving anything of value, from participation in a venture which engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause VICTIM 1 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1), and 2.

3

## COUNT THREE
Sex Trafficking by Force, Fraud, or Coercion; and Sex Trafficking of a Minor;
Aiding and Abetting
(18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1), (b)(2), (c), and 2)

The Grand Jury further charges:

From on or about July 1, 2023, through on or about August 29, 2023, in the District of Massachusetts, Bristol County, Massachusetts, and elsewhere, in and affecting interstate and foreign commerce, defendants (1) CHRISTY PARKER, a.k.a. "Lula," (2) ALEXANDER SMALLS, a.k.a. "Fooley," (3) CORY PRIMO, a.k.a. "Mamma C," and (4) AVVANI JEFFERS, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, Minor Victim 1 (MV-1), a female whose identity is known to the Grand Jury and who had not attained the age of 18 years, and did benefit, financially and by receiving anything of value, from participation in a venture which engaged in such acts (1) knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause MV-1 to engage in a commercial sex act, and (2) having had a reasonable opportunity to observe MV-1, and knowing and in reckless disregard of the fact that MV-1 had not attained the age of 18 years, and knowing that MV-1 would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1), (b)(2), (c), and 2.

4

## COUNT FOUR
Sex Trafficking of a Minor; Aiding and Abetting
(18 U.S.C. §§ 1591(a)(1), (a)(2) (b)(2), (c), and 2)

The Grand Jury further charges:

From on or about August 1, 2023, through on or about August 29, 2023, in the District of Massachusetts, Bristol County, Massachusetts, and elsewhere, in and affecting interstate and foreign commerce, defendants (1) CHRISTY PARKER, a.k.a. "Lula," (3) CORY PRIMO, a.k.a. "Mamma C," and (4) AVVANI JEFFERS, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, Minor Victim 2 (MV-2), a female whose identity is known to the Grand Jury and who had not attained the age of 18 years, and did benefit, financially and by receiving anything of value, from participation in a venture which engaged in such acts, having had a reasonable opportunity to observe MV-2, and knowing and in reckless disregard of the fact that MV-2 had not attained the age of 18 years, and knowing that MV-2 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2) (b)(2), (c), and 2.

## SEX TRAFFICKING FORFEITURE ALLEGATION
(18 U.S.C. § 1594(d))

1.  Upon conviction of any of the offenses in violation of Title 18, United States Code, Sections 1591 and 1594, set forth in Counts One through Four, the defendants,

> (1) CHRISTY PARKER, a.k.a. "Lula,"
> (2) ALEXANDER SMALLS, a.k.a. "Fooley,"
> (3) CORY PRIMO, a.k.a. "Mamma C,"
> (4) AVVANI JEFFERS,
> (5) TRE'SEAN REID, a.k.a. "Traq," and
> (6) TYREIK REID, a.k.a. "Reiko,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such offenses, and any property traceable to such property; and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses, and any property traceable to such property.

2.  If any of the property described in paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 1594(d), and as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

6

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 1594(d).

A TRUE BILL.

_Carolyn McBall_
FOREPERSON

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

By: _____
Francisco Zornosa
Trial Attorney
Civil Rights Division

_____
Elizabeth Riley
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: June __18__, 2024
Returned into the District Court by the Grand Jurors and filed.

_Dawn M. King_ 2:05pm
DEPUTY CLERK

7